PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:95CR00096-01 WBS** |
| ) | |
| **FRED R. WASHBURN** ) | |
| ) | |

On November 5, 1997, the above-named was placed on supervised release (TSR) for a period of 5 years after being convicted of Conspiracy to Manufacture Marijuana. The offender was sentenced to 87 months custody of the Bureau of Prisons (BOP). On October 14, 2003, the offender was released on TSR and has been supervised by the Fresno Office since that time. While on supervised release, the offender has complied with the rules and regulations of supervision. He satisfied his $900 special assessment, maintained full-time employment, as well as successfully completing his drug aftercare requirements. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:    December 20, 2006
              Fresno, California


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                              **Bruce A. Vasquez
                              Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:    **WASHBURN, Fred R.**
       **Docket Number:   2:95CR00096-01 WBS**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  January 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



 SJW:sjw
Attachment:    Recommendation
cc:    Mark L. Krotoski
       Assistant United States Attorney